# EXHIBIT A


## CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent and agree to opt-in to become a "party plaintiff" in <u>Roberts et al. v. The TJX Companies, Inc. et al.</u> or any separate or subsequent action or arbitration seeking remedies for unpaid wages from any Defendants in that action or their related entities. I work or worked as an Assistant Store Manager in a Marshalls and/or HomeGoods store and regularly worked over 40 hours per week without receiving overtime compensation.

I designate plaintiffs' counsel of record to represent me in the action and to file this consent with the Court. I further authorize the named plaintiffs in the case and their attorneys as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation and decisions regarding settlement, and all other matters pertaining to this lawsuit.

I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

12/16/2016
Date

Signature: John Kenneth Carmicle

Full Legal Name (Print): John Kenneth Carmicle

*Roberts v. The TJX Companies 1:13-cv-13142-ADB (D. Mass)–Consent to join collective action*