UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELINA ROBERTS, ANTHONY SCIOTTO, ERIC BURNS, KERI DICKEY, ANGELA RAMIREZ, DIANA SANTILLAN, CAMILLE GHANEM, ARNOLD WILLIAMS, OLUWATOSIN BABALOLA, and TOMMY ZAHTILA, TODD JUSTICE, GIANFRANCO PIROLO, MICHAEL O'GRADY, and JASON FOSTER, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br> THE TJX COMPANIES, INC., a Delaware Corporation; MARSHALLS OF MA, INC., a Massachusetts Corporation; MARMAXX OPERATING CORP., a Delaware Corporation d/b/a MARSHALLS HOMEGOODS, d/b/a MARSHALLS, d/b/a T.J. MAXX HOMEGOODS; HOMEGOODS, INC., a Delaware Corporation <br><br> Defendants. | Civil Action No. 1:13-cv-13142 (ADB) |

## JOINT MOTION FOR RULE 16 CONFERENCE

Pursuant to Rule 16(a) of the Federal Rules of Civil Procedure, the parties – Plaintiffs Celina Roberts, Anthony Sciotto, Eric Burns, Keri Dickey, Angela Ramirez, Diana Santillan, Camille Ghanem, Arnold Williams, Tommy Zahtila, Todd Justice, Gianfranco Pirolo, Michael O'Grady, and Jason Foster (collectively, "Plaintiffs") and Defendants The TJX Companies, Inc.; Marshalls of MA, Inc.; Marmaxx Operating Corp.; and HomeGoods, Inc. (collectively, "Defendants") – jointly file this motion to respectfully request that the Court convene a Rule 16 conference as soon as practicable, for purposes of "expediting disposition of the action," "establishing early and continuing control so that the case will not be protracted because of lack of management," and "discouraging wasteful pretrial activities." The parties request a Rule 16 conference so the Court can provide guidance regarding the schedule for, and scope of, Second-

1

Phase discovery, and to address the Non-List Opt-ins who have filed consent forms to join this lawsuit. The parties' positions on these issues are set forth in the Joint Statement filed on March 2, 2018. (*See* Doc. 277, hereinafter referred to as the "Joint Statement".). Second-Phase discovery has been effectively stayed because of the parties' significant areas of dispute outlined in the Joint Statement. As such, the Court's guidance is critical to move this case forward. In support of this Motion, the parties state:

1. In their joint motion dated November 13, 2018 (Doc. 288), the parties advised that the Court has yet to rule on the Joint Statement, and that the case has been effectively stayed since March 2, 2018. Plaintiffs explained that they were concerned about prejudice caused by the delay.

2. In the same joint motion, the parties also explained that Second-Phase Discovery had been effectively stayed because the Court had not had the opportunity to rule on the scope or schedule for Second-Phase discovery, including any expert disclosure, Daubert or dispositive motion, mediation, or pre-trial deadlines.

3. On December 19, 2018, the parties placed a joint call to the Court's chambers. The parties left a voicemail advising the Court of their interest in scheduling a conference. We have not received a communication from the Court since that voicemail.

Accordingly, the parties respectfully request that the Court schedule a Rule 16 conference to address the issues raised in the Joint Statement.

Date: February 1, 2019                                  Respectfully submitted,

*For Plaintiffs*

/s/ *Fran L. Rudich*
Fran L. Rudich, BBO # 548612          **FAIR WORK, P.C.**
Seth R. Lesser                                    Hillary Schwab
**KLAFTER OLSEN & LESSER LLP**   192 South Street, Suite 450
Two International Drive, Suite 350      Boston, MA 02111
Rye Brook, NY 10573                        Tel.  (617) 607-3260
Tel. (914) 934-9200                            hillary@fairworklaw.com

2

fran@klafterolsen.com
seth@klafterolsen.com

**HEPWORTH, GERSHBAUM & ROTH, PLLC**
Marc S. Hepworth
Charles Gershbaum
David A. Roth
192 Lexington Avenue, Suite 802
New York, NY 10016
New York, NY 10016
cgershbaum@hgrlawyers.com
droth@hgrlawyers.com
mhepworth@hgrlawyers.com

**VALLI KANE & VAGNINI LLP**
Sara Wyn Kane
James A. Vagnini
Robert J. Valli, Jr.
600 Old Country Road, Suite 519
Garden City, NY 11530
Tel. (516) 203-7180
skane@vkvlawyers.com
jvagnini@vkvlawyers.com
rvalli@vkvlawyers.com

**MEHRI & SKALET, PLLC**
Cyrus Mehri
Michael D. Lieder
Ellen L. Eardley
50 Connecticut Ave., NW, Suite 300
Washington, DC 20036
Tel. (202) 822-5100
cyrus@findjustice.com
mlieder@findjustice.com
eeardley@findjustice.com

**ELLWANGER LAW LLP**
Jay D. Ellwanger
8310-1 N. Capital of Texas Hwy., Suite 190
Austin, TX 78731
Tel. (737) 808-2262
jellwanger@ellwangerlaw.com

**SHAVITZ LAW GROUP PA**
Gregg Shavitz
Camar Jones
Alan L. Quiles
951 Yamato Rd., Suite 285
Boca Raton, FL 33431
Tel. (561) 447-8888
gshavitz@shavitzlaw.com
cjones@shavitzlaw.com
aquiles@shavitzlaw.com

**BURR & SMITH, LLP**
Sam J. Smith (admitted *pro hac vice*)
Loren B. Donnell (admitted *pro hac vice*)
111 2nd Ave. NE, Suite 1100
St. Petersburg, FL 33701
Tel. (813) 253-2010
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

*For Defendants*

/s/ *Lisa A. Schreter*
Lisa A. Schreter (admitted *pro hac vice*)
Richard W. Black (admitted *pro hac vice*)
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
Tel. (404) 233-0330
lschreter@littler.com
rblack@littler.com

**CHOATE, HALL & STEWART, LLP**
Gregory C. Keating (BBO No. 564523)
Two International Place
Boston, MA 02110
Tel. (617) 248-5065
gkeating@choate.com

3

**LITTLER MENDELSON, P.C.**
Andrew J. Voss (admitted *pro hac vice*)
1300 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel. (612) 630-1000
avoss@littler.com

## CERTIFICATE OF SERVICE

The undersigned herby certified that on February 1, 2019 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Fran L. Rudich*
*Attorney for Plaintiff*