UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELINA ROBERTS, ANTHONY SCIOTTO, ERIC BURNS, KERI DICKEY, ANGELA RAMIREZ, DIANA SANTILLAN, CAMILLE GHANEM, ARNOLD WILLIAMS, OLUWATOSIN BABALOLA, TOMMY ZAHTILA, TODD JUSTICE, GIANFRANCO PIROLO, MICHAEL O'GRADY, AND JASON FOSTER, individually, and on behalf of other persons similarly situated, | * * * * * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 13-cv-13142 |
| v. | * * | |
| THE TJX COMPANIES, INC.; MARSHALLS OF MA, INC.; MARMAXX OPERATING CORP., d/b/a MARSHALLS HOMEGOODS, d/b/a MARSHALLS, d/b/a T.J. MAXX HOMEGOODS; HOMEGOODS, INC., | * * * * * * | |
| Defendants. | * | |

**ORDER COMPELLING CERTAIN OPT-INS TO ADVISE AS TO THEIR STATUS**

This is an overtime case alleging that Defendants misclassified Merchandise Assistant Store Managers ("Merchandise ASMs") at Marshalls and HomeGoods locations outside of California as exempt from overtime. There are no other positions at issue in this case. The Court permitted Plaintiffs to send notice of this case to Merchandise ASMs, except for those in California, who worked at Defendants' stores between November 1, 2012 and March 31, 2017. A list of such individuals was provided by Defendants for the purpose of disseminating the court-authorized notice. After notice was sent, some individuals who were not on this list filed consents to join the case. Some of these consents might be from individuals who were inadvertently left off of the list and are properly in the case. Alternatively, during the opt-in

period, a website, topclassactions.com, posted references to this litigation as a settled case related to "assistant managers" which might have led some individuals to return the notice even if they were not part of the group. In any event, the Court and the parties now need to determine whether individuals who filed consents to join the case but were not on the original list are properly in the case.

Accordingly, no later than one week after this order is signed, Plaintiffs shall send a copy of this order to all of the individuals named on Exhibit A to this Order, which is a list of people who opted in but were not on the original list provided by Defendants. The order shall be sent by first-class, regular mail and email, to the contact information identified on each individual's consent to join form.

After receiving this letter but no later than 21 days after the order is sent, any individual who wants to participate in this case shall contact Plaintiffs' counsel. If an individual does not contact Plaintiffs' counsel within this timeframe, the individual's claims will be dismissed from this case without prejudice.

Plaintiffs' counsel are ordered, no later than 35 days after the date of this Order, to file a list of names of those individuals who failed to contact Plaintiffs' counsel as required by the previous paragraph or who responded but who are not members of the conditionally certified collective so as to permit the Court to enter an order dismissing such individuals from this case without prejudice.

**SO ORDERED.**

Dated: February 21, 2019                           /s/ Allison D. Burroughs
                                                   ALLISON D. BURROUGHS
                                                   U.S. DISTRICT JUDGE

# EXHIBIT A

| First Name | Last Name |
|---|---|
| Samater | Abdi |
| Jessica Nicole | Adams |
| Donna L. | Adkins |
| Sandeep | Agarwal |
| Mariam | Akhoon |
| Ahmed | Akhoon |
| Erin | Akinaka |
| Landon | Akins |
| Deon | Akins |
| Vanessa | Alcazar |
| Victoria Ann | Alexander |
| Dewan | Alexander |
| Azlan | Allam |
| Marlene | Allen |
| Ronshaye | Allen |
| Chantalle A | ALLEN |
| Davanta | Allen |
| Davanta D | Allen |
| Deshaun | Allen |
| Leslie J | Allison |
| Carmelina M | Anastasio |
| Wanda Joy | Anderson |
| Mary | Anderson |
| Falisha | Anderson |
| Edward | Anderson |
| Jessie | Anderson |
| Robert | Anderson |
| Earlene | Anderson |
| Sh'kiyadvis | Anderson |
| Ann | Anderson |
| Ashley | Anderson |
| Anglea | Anderson |
| Buba | Anderson |
| Bobbie | Anderson |
| Falisia | Anderson |
| Carlisia | Anderson |
| Ceno | Anderson |
| Kaye | Anderson |
| Samiesha | Anderson |
| Judy | Andrews |

| | |
|---|---|
| Sanae | Anebri |
| Amrit | Annand |
| Omesh | Annand |
| Linda English | Arnold |
| Carol A | Arriola |
| Marcella | Arroyo |
| Arlances | Ash |
| Paul George | Athens |
| Pakita | Atwater |
| Kita | Atwater |
| Junette | Atwater |
| P. | Atwater |
| P.J. | Atwater |
| Pakita | Atwater |
| K. | Atwater |
| Rya A | Auston |
| Elena | Avlasko |
| Denis | Avlasko |
| Jeffrey D | Bacio |
| Doris | Bailey |
| Terry A | Baith |
| Pamela Renee | Banks |
| Sasha | Baptiste |
| Ericka | Barnes |
| Dennis | Barrentine |
| Diane | Barton |
| Heather L | Beck R |
| Sherevia S | Bedford |
| Amy | Benjamin |
| Willie | Berry |
| Monique | Berry |
| Lapree | Berry |
| Willie C | Berry |
| Lapree | Berry |
| Dwayne | Best |
| Robert | Bishop |
| Crystal | Blacksher |
| Joanika | Blackwell |
| Melissa | Blackwell |
| Yolanda | Blossom |
| Marcola Q | Bobo |

| | |
|---|---|
| Marcola Q | Bobo |
| Pakita | Bobo |
| Junette | Bobo |
| J. | Bobo |
| Kita | Bobo |
| P. | Bobo |
| Felicia | Bodley |
| Laquonda S | Bogan |
| William | Bolton |
| Rita | Braddock |
| Thaddeaus | Bradford |
| Drew | Bradham |
| Alan | Brahamsha |
| Sheri Dee | Braun |
| David | Brewton |
| Whitney Denise | Briggs |
| Raphael | Bright |
| Dorothy | Brooks |
| Pierre J | Brooks |
| Shikerie | Brooks |
| Towanda | Brooks |
| Courtney | Brooks |
| Amanda B | BROWN |
| Kanashi | Brown |
| David | Brown |
| Lakeisha | Brown |
| Avis | Brown |
| Mary F | Brown |
| Krista | Brozzoski |
| Tawanna | Buchanan |
| Nathan | Buckland |
| Mary | Buckland |
| Betty | Bullock |
| Allison | Burgos |
| Bonita | Calvin |
| John | Calvin |
| Nneka Ayana | Canada |
| Donna M | Capuzzo |
| Carlos Josue | Cardozo |
| Brian | Carlberg |
| Daniel | Carson |

| | |
|---|---|
| Lavonne | Carter |
| Jesus | Castillo |
| Esteban Lopez | Castro |
| Elizabeth | Chapman |
| Anthony G | Checas |
| Caroline Susan | Chetock |
| Jeffrey | Chin |
| Jarvis | Christian |
| Tracy | Ciccotti |
| Tatiana Sade | Clark |
| Subrina S | Clark |
| Mauretta Renee | Claw |
| Roderick | Clayton |
| Mary | Clayton |
| Bradley | Clinton |
| Maurice | Coates |
| June | Collier |
| Pamela | Collymore |
| Jared | Connor |
| Rebecca Ann | Cooksley |
| Vyanne | Cooper |
| Irma | Correa |
| Karen Elise | Crane |
| Vikki Elaine | Crawford |
| Shanice | Crawford |
| Victor | Crawford |
| Victoria | Crawford |
| Lamond | Crawford |
| S. | Crawford |
| Shanice | Crawford |
| Lamond | Crawford |
| Victor | Crawford Jr |
| Gene | Crowley |
| Deirdra | Cunningham |
| Alicia | Currie |
| Eugene | D'angelo |
| Jeanetta Williams | Daniel |
| Sharon | Daniels |
| Ed | Danko |
| Jessica | Davis |
| Demetricia | Degrate |

| | |
|---|---|
| Megan M | Delzer |
| Sharon | Denham |
| Otha | Dennis |
| Kelly | Destazio |
| Williams W | Dianne |
| Tammy L | Diaz |
| Shalena | Dickens |
| Chris | Dingmen |
| Ashleigh | Dipiero |
| Allen E | Dixon |
| Peter | Do |
| Reuben | Donajkowski |
| Dave | Douzart |
| Renee | Douzart |
| Renee | Douzart |
| Kayla Monique | Dozier |
| Ronald | Drummer |
| Tina | Duff |
| Emma Lee | Dunning |
| Phu | Duong |
| Joseph | Duong |
| Angel Krystina | Durr |
| Harlem | Duru |
| Kyle | Dyer |
| Dana Lee | Eady |
| Michael | Ebinger |
| Linda D | Echols |
| Mark Hobson | Elders |
| Jessica | Encinas |
| Vanessa | Encinas |
| Randy | Endicott |
| Jennifer | Endres |
| Tammy A | Engle |
| Corey | Epperson |
| Tywan | Epperson |
| C. | Epperson |
| T. | Epperson |
| Corey | Epperson |
| Erhan | Erdem |
| Ros M | Esposito |
| Carolyn | Estep |

| | |
|---|---|
| Martin Gerald | Evans |
| Assal Jenny | Fakhredin |
| Yunqian | Fan |
| Sandra | Farshi |
| Shaniqua | Finley |
| Monique | Finley |
| Patricia | Finney |
| Colin | Finnigan |
| Eric | Fishon |
| Shana | Fix |
| Herb | Fleurinord |
| James | Flynn |
| Heather | Ford |
| Wendy | Ford |
| Mae | Ford |
| Gail | Ford |
| W. | Ford |
| Tresa Dian | Fore |
| Terry | Foster |
| Lisa | Fournier |
| Antony | Francis |
| Sonja | Freeman |
| Courtney Lynn | Frisby |
| Jose | G |
| Ariadna | Galicia |
| Stacey | Gallagher |
| Corina M. | Gallardo |
| Terri | Gamino |
| Jose | Garcia |
| Elizabeth | Garcia |
| Angela | Gardner |
| Maurice C | Garreau |
| Rhoda | Gee |
| Shawnntika Nicole | George |
| Trevor S | George |
| Brooke | Gerber |
| Paige | Gerber |
| Julie Gerlach | Gerlach |
| Stacey | Giacchetta |
| Lamont | Gibson |
| Ashley | Gilbert |

| | |
|---|---|
| Michael Anthony | Giles |
| Terri Lynn | Giles |
| Twanna | Gilliard |
| Tonya S | Gilliard |
| Christopher | Gipson |
| Bruna Ferranti | Gomes |
| Heather | Gomez |
| Santiago | Gonzales |
| Santiago | Gonzales |
| Nancy | Gonzalez |
| Michael | Goodwick |
| Lori K | Gordon |
| Chris A | Gordon |
| Michaell | Goudwick |
| Tywanna | Gray |
| Maria | Gutierrez |
| Kristina | Gyadikyan |
| Christin | Hale |
| Theresa | Hammer |
| Ellyn | Hardiman |
| Deanna | Hardin |
| Rovell | Harris |
| Benjamin W | Harris |
| Lutheran Dejuan | Harris |
| Leona | Harrison |
| Sherwood | Harrison |
| Erik | Hartley |
| Leonard | Hayes |
| Joann | Henley |
| Tina | Hernandez |
| Nicole | Hernandez |
| Shelonda | Herron |
| Darnell Nathaniel | Hibbler |
| Alan J | Hickey |
| Stacy | Hill |
| Frederick | Hilliard |
| Imfei | Ho |
| Im Un Un | Ho |
| Pui Kuan | Ho |
| Lejda | Hodaj |
| Tim | Hoevelkamp |

| | |
|---|---|
| Kelly | Hoevelkamp |
| Alex | Hoevelkamp |
| Caitlyn | Horton |
| Cameron | Horton |
| Dianne | Horton |
| Chad | Houghton |
| Nichole | Howard |
| Joseph | Howard |
| Joe D | Howard |
| Jose J | Hoyos |
| Bari Zakevia | Hubbard |
| Hugh | Hughes |
| Chad | Humphrey |
| Kirkland Horton | Hunter |
| Marguerite Karen | Hurtt |
| Maternst | Isoff |
| Edward Anderson | Iv |
| Nicola | Jackson |
| Dramisha | Jackson |
| Mary | Jackson |
| Latoya S | Jackson |
| Laura Jean | James |
| Mary | Jenkins |
| Wayne | Jenkins |
| Delano | Jennings |
| Bei | Ji |
| Wenshu | Ji |
| Miezi | Jing |
| Kim | JOHNSEN |
| June | Johnson |
| Rory | Johnson |
| Ayeesha | Johnson |
| Jemanne | Johnson |
| Morgan | Johnson |
| Ricky | Johnson |
| Betty | Johnson |
| Altonya N | Johnson |
| Kenya | Jones |
| Sherese Lynn | Jones |
| Daprince | Jones |
| Daprince L | Jones |

| | |
|---|---|
| Lamont | Jones |
| Willnetta | Jones |
| Nicholas | Jordon |
| Logan | Jordon |
| Jazmine T | Joseph |
| Ho | Kan |
| Raymond | Kan |
| Sadiq | Kassamali |
| Lakeisha G | Keels |
| Kaila Ann | Keller |
| Jennifer | Keller |
| Keith Carlton | Kelley |
| April | Kendal |
| Henry | Key |
| Nathan | Kirsch |
| Marisa | Knox |
| Matthew | Kominiak |
| Matthew | Kominiak |
| Olga | Konyukhova |
| Rya | Kua |
| Ray | Kuan |
| Manjit | Kumar |
| Leezal | Kumar |
| Christopher | Labossiere |
| Christopher A | Labossiere |
| Christopher | Labossiere |
| Julia | Laforce |
| Sonji Michelle | Langford |
| Ida | Lango |
| Skylar | Lanning |
| Quentin | Lathan |
| Steph | Lauren Levine |
| Jason S | Lawrence |
| Olacia | Lee |
| Peter Noan | Lee |
| Julia | Lentini |
| Lai Fong | Leong |
| Don | Levian |
| Kelly | Levicky |
| Stephanie | Levine |
| Marie | Lewis |

| | |
|---|---|
| Patrick | Lin |
| Adrian | Lin |
| Dorian | Lin |
| Laurie | Lipke |
| Kimberly | Little |
| Simon | Liu |
| Dan | Livain |
| Daniel | Livian |
| Benjamin | Livian |
| Edwin | Livian |
| Danny | Livian |
| Dan | Livian |
| Ed | Livian |
| Den | Livian |
| Dal | Livian |
| Heather | Livingston |
| James | Loman |
| Jose F | Looez |
| Gabriela | Lopez |
| Suzanne | Lopez |
| Arthur Dale | Losher |
| Megan E | Losher |
| Dakotta | Love |
| Anthony Gene | Love 3 |
| Shellece | Lowe |
| Robert | Lowe |
| James M | Lyle |
| Sarah-Frances | Lyon |
| Mireya | Macias |
| Renee | Madrid |
| Christian | Madrid |
| Oleg | Malamudman |
| Maxfield | Manley |
| John | Mann |
| Jonnita Michelle | Martin |
| Terrance | Martin |
| Luke | Mason |
| Hawa Bi | Mayet |
| Laudan | Mazdeyasnan |
| Hilda | Mcclellan |
| Sarah | Mccoy |

| | |
|---|---|
| Gary R | Mccreadie |
| Nikita | Mcintire |
| Antonio | Mclean |
| Brenda Jean | Mclendon |
| Jason | Mcleod |
| Lisette | Medina |
| Benjamin T | Meintzer |
| Tina M | Meissner |
| Stephanie | Mendez |
| Bobby | Miller |
| Jamacia K | Miller |
| Jaclyn L | Miller |
| Angela Michelle | Mitchell |
| Melody C | Montenegro |
| Timothy | Moore |
| Brittany | Moore |
| Von C. | Moore |
| Latasha C. | Moore |
| Charquita | Moore |
| Renee | Moore |
| Lehard | Moore |
| April | Moran |
| Robert | Mortimer |
| Gerald | Moutry |
| Christopher | Mucklow |
| Sricharan R | Muddasani |
| Pat | Mulvey |
| Quentin | Murray |
| Phillip George | Myers |
| Brittney Nicole | Myers |
| Lorraine | Narra |
| Kathleen | Nelson |
| Gil Anthony | Neveaux |
| Winnie | Ng |
| Vi | Ngo |
| James Edward | Norris Jr. |
| Richelle | Novoa |
| Richele S | Novoa |
| Requia | Nowell |
| Reedell | Nowell |
| Peter | Ocampo |

| | |
|---|---|
| Eric | Ojeda |
| Enrique | Oropeza |
| Esmeralda M | Oropeza |
| Ashley | Orr |
| Monica | Ortiz |
| Sheldon | Osborne |
| Raneshia | Owens |
| Nicholas Andrew | Oxford |
| Tiffany L | Pandolfi |
| George | Pappas |
| Dawn | Parker |
| Jonathan | PARKER |
| Nik | Pat |
| Pat | Pato |
| Kerry | Patterson |
| Jose | Pelayo Jr |
| Robert Edward | Perkins |
| Kj | Perrett |
| Annette | Perrett |
| Sandie | Perrett |
| John | Perrett |
| Kevin | Perrett |
| Torrin Oreacy | Perry |
| Brenda | Perusse |
| Angelo | Pezzino |
| Kim | Pham |
| Mary | Piatt |
| Tywonda Ann | Price |
| Rachel | Price |
| Elaine | Pritchard |
| Carmen | Prodanovich |
| Keith | Proschwitz |
| Kevin | Proschwitz |
| Geilton | Prospere |
| Eddie | Prowell |
| Nicole | Prowell |
| Eddie | Prowell |
| Margarita | Quezada |
| Maria | Ramirez |
| Pilar | Ramirez |
| Patrice C | Randolph |

| | |
|---|---|
| Heather Coleen | Ratigan |
| Richard | Rauch |
| Jason Troy Santos | Ravarra |
| Theresa | Reese |
| Rolika | Registre |
| Scott | Rifkin |
| Mira | Riklon |
| Niloo | Rivani |
| Chanel | Roberson |
| Ruby | Roberts |
| Kadeisha B | Roberts |
| Cleotha | Roberts |
| Dajuan | Roberts |
| Ruby O | Roberts |
| Arthur | Roberts Jr |
| Edwin | Rodriguez |
| Jill | Rosenfeld |
| Ikejah | Rufus |
| Wanda | Rust |
| Kayla | Salazar |
| Kayla | Salazar |
| Tiffany Michelle | Salguero |
| Mauricio | Salomon |
| Jim | Sam |
| Hoi | San |
| Karina | Sanchez |
| Lucas | Sanders |
| Aitaj | Sanducci |
| Joselien | Santacruz |
| Keona | Saunders |
| Emmily Starr | Schaller |
| Michael A | Schirano |
| Ronnie | Scott |
| Tromaine | Scott |
| Dawn E | Scroggins |
| Andrew | Selwyn |
| Daffaine D | Shannon |
| Julie A | Shean |
| Madeleine L | Sherwood |
| Andretta C | Shipp |
| Ruslan | Sidorov |

| | |
|---|---|
| Bernadette | Simmons |
| Elizabeth A | Singer-Baetzel |
| Patricia W | Skaggs |
| Susan | Slayter |
| Tahisa D | Sledge |
| Betty | Sloan |
| Dameo | Smarts |
| Sherita Neshun | Smith |
| Regina | Smith |
| Annette | Smith |
| Jason | Smith |
| Elliott | Smith |
| Anton | Sorkin |
| Corrine V | Spiel |
| Rodney | Stalnecker |
| Vardan | Stambultsyan |
| Jamie R | Standley |
| Diamond | Stephens |
| Trey | Stone |
| Joseph J | Strode |
| Derrick | Strong |
| Derrick C | Strong |
| Joyce | Strong |
| Thomasyna | Sweed |
| Lawrence | Swimdall |
| Nikki L | Sykes |
| Mary Paz Aguilor | Tan |
| Maria Luisa | Tapia |
| Lupe | Tapia |
| Robin | Tarr |
| Tracey | Tarr |
| Wanda | Tarr |
| Robert | Tarr |
| Rosann | Tarr |
| Robin | Tarr |
| Robert | Tarr Sr |
| Kimberly | Taylor |
| Jon | Taylor |
| Loretta | Taylor |
| Jonathan | Taylor |
| Jonathon | Taylor |

| | |
|---|---|
| Lakisha | Tennon |
| Charlie | Thompson |
| Mi Joi T. | Thompson |
| Chucky | Thompson |
| Cora Almelia | Torrence |
| Damian | Torres |
| Lily | Tran |
| Chi | Tran |
| Van | Tran |
| Jacqueline | Trotter |
| Alec Mateo | Trujillo |
| Mark Anthony | Turner |
| Sonia | Turner |
| Marilyn | Turner |
| Dedria | Turner |
| Meghan | Twitty |
| Herwuin | Valenzuela |
| Mack A. | Valle |
| Francisco | Vargas |
| Jacqueline | Vasquez |
| Rudy | Vazquez |
| Lisa | Vega |
| Adrian | Veiga |
| Anthony | Veiga |
| Adrian D | Veiga |
| Anthony | Veiga |
| Adrian Darrius | Veiga |
| Lupe | Wagner |
| Janice | Wallace |
| Dianne | Walton |
| Bin | Wang |
| Tammie | Ward |
| Myron | Ware |
| Myron | Ware |
| Julie | Washington |
| Brenda | Washington |
| Tonya | Washington |
| Tonya | Washington |
| Andrew | Watson |
| Dora Bernice | Weatherly |
| Shelia | Webb |

| | |
|---|---|
| Shelia | Webb |
| Destinee | Wells |
| Chester Carl | Wells |
| Jennifer | Wennesheimer |
| Gina M | Wentworth |
| Temika | Wesley |
| Brian | Wetzel |
| Jenny | White |
| Keeshia | Whiteside |
| Michele | Williams |
| Anthony | Williams |
| Tracie | Williams |
| Angela | Williams |
| Lamardreona Nissaah | Williams |
| Carnell Frank | Willims |
| Keanna | Wilson |
| Keanna | Wilson |
| Melissa | Wilson |
| Amanda Joy | Wilson |
| Taylor M | Winters |
| Kam L | Wong |
| Stephanie | Wong |
| Shameka D'ann | Wright |
| Katharine | Wright |
| Kayie | Wright |
| Tim | Wright |
| Jesse | Wyatt |
| Olivia | Yako |
| Alisha | Yates |
| Troy Anthony | York |
| Erik A | Yoways |
| Tina | Zambri |
| Karen | Zambri |
| Ronald | Zambri |
| Jacqueline | Zenon |
| Jing | Zhou |
| Yong C | Zhou |
| Audrey | Zhou |